### 8835.  KEITH v. FARMERS & MERCHANTS BANK.

BLOODWORTH, J.   1.   Where there is no fraud on the part of the vendor of real estate which prevents inspection thereof, and the purchaser fails to exercise diligence by inspecting the property, a plea of failure of consideration on account of its physical condition or environment will not be entertained.  *Sloan* v. *Farmers & Merchants Bank*, 20 *Ga. App.* 123 (92 S. E. 893); *Hanes* v. *Farmers & Merchants Bank*, 20 *Ga. App.* 129 (92 S. E. 896); *Martin* v. *Harwell*, 115 *Ga.* 156 (3) (41 S. E. 686).

2. The plea set up no legal defense, and the trial judge did not err in sustaining the demurrer to it.

*Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*

DECIDED OCTOBER 31, 1917.

Description and counsel as in case next preceding.